IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RALPH C. BOWMAN; ) <br> REGIONS BANK; ) <br> CHASE MANHATTAN MORTGAGE; ) <br> CAPITAL ONE BANK; ) <br> ) <br> Defendants. ) <br> _____) | Case No. |

## COMPLAINT

The United States of America, by and through undersigned counsel, complains and alleges as follows:

1. The United States brings this suit to reduce to judgment Ralph C. Bowman's unpaid 2001 federal income tax liability, and to enforce the federal tax lien for that liability that attached to the real property located at 8785 Bridlewood Way, Largo, Florida 33777 in Pinellas County, Florida.

2. This action is authorized by the Chief Counsel of the IRS, a delegate of the Secretary of the Treasury, and is commenced at the direction of a delegate of the Attorney General of the United States under 26 U.S.C. § 7401.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1331, 1340, 1345, and 26 U.S.C. §§ 7402(a) and 7403.

1

4.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 89, 1391(b), and 1396 because the federal tax liability at issue accrued in Pinellas County, Florida, the defendant Ralph C. Bowman resides in this District, the events giving rise to the claim occurred in this District, and the Subject Property, described in paragraph 16 below, is situated in this District.

5.  Venue is proper in the Tampa Division of this District pursuant to Local Rule 1.02(b)(4) and (c) because the tax liability at issue accrued in and the Subject Property is located in Pinellas County, within the Tampa Division.

## PARTIES

6.  Defendant Ralph C. Bowman resides in Pinellas County, Florida, within the jurisdiction of this Court, and is named as a party to this action because his unpaid federal tax liability is the subject of this action and is the basis for the lien, which the United States seeks to enforce.

7.  Defendant Regions Bank, as successor to AmSouth Bank, is a foreign corporation registered to do business in the State of Florida and is named a party to this action pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the real property that is the subject of this proceeding by virtue of a mortgage.

8.  Defendant Chase Manhattan Mortgage Co. is a domestic corporation registered to do business in the State of Florida and is named a party to this action pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the real property that is the subject of this proceeding by virtue of a mortgage.

9.  Defendant Capital One bank is a foreign corporation that conducts business in the State of Florida and is named a party to this action pursuant to 26 U.S.C. § 7403(b)

because it may claim an interest in the real property that is the subject of this proceeding by virtue of a judgment lien against Bowman.

## COUNT I

### Reduce to Judgment Federal Income Tax Liability of Bowman for 2001.

10. Bowman did not timely file a federal tax return or voluntarily pay any income taxes for the 2001 tax year. Because Bowman failed to file an income tax return, the IRS calculated the tax he owed on his income for the 2001 tax year and sent Bowman a notice of proposed tax deficiency.

11. On July 7, 2008, after the restriction on assessment of the deficiency described in paragraph 10 lapsed, a delegate of the Secretary of the Treasury assessed against Bowman his unpaid federal income tax for 2001, plus interest and statutory additions as follows:

| Tax Type | Tax Period | Assessment Date | Assessed Tax | Assessed Interest | Assessed Penalties |
|---|---|---|---|---|---|
| 1040A | 12/31/2001 | 07/07/2008 | $20,826.00 | $10,684.59 | $738.26*<br>$4,246.42**<br>$4,718.25*** |

*Penalty for not pre-paying   **Late filing penalty   ***Late payment penalty

12. A delegate of the Secretary of the Treasury properly gave Bowman notice of the unpaid tax and additions in paragraph 11, above, and made demand for payment. Despite notice and demand, Bowman has failed to pay the taxes owed.

13. As of April 12, 2018, Bowman owes a total of $54,315 plus penalties and interest that continue to accrue.

## COUNT II

### Enforcement of Federal Tax Lien on Real Property Located at 8785 Bridlewood Way, Largo, Florida

14. As a result of the assessment described in paragraph 11 above, a federal tax lien arose on the date of assessment and attached to all of Bowman's property and rights to property, including the Subject Property.

15. Pursuant to 26 U.S.C. § 6323(f), a delegate of the Secretary of Treasury filed a Notice of Federal Tax Lien ("NFTL") against Bowman in the public records of Pinellas County, Florida on June 30, 2009. The NFTL was recorded at Liber No. 16637, page 353 on July 9, 2009. A delegate re-filed the NFTL on August 15, 2017. The NFTL was recorded at Liber No. 19746, page 2357 on August 21, 2017.

16. Bowman owns real property located at 8785 Bridlewood Way, Largo, Florida, ("the Subject Property"). Bowman acquired the property on February 11, 2000. The legal description of the property is:

> Lot 13, Bridlewood, According to the map or plat thereof as recorded in plat book 79, pages 61 and 62, public records of Pinellas County, Florida.

17. The United States' tax lien against Bowman for the tax year 2001 attached to the Subject Property on July 7, 2008, and can be enforced under 26 U.S.C. § 7403.

### RELIEF REQUESTED

Plaintiff, the United States of America, respectfully prays for the following:

A. That judgment be entered against Defendant Ralph C. Bowman for his unpaid federal income tax liability from the year 2001 in the amount of $54,316, as of April 12,

2018, plus any further interest and statutory additions on the assessments as allowed by law, to date of the payment;

    B.    That this Court adjudge, order, and decree that the federal tax lien on the Subject Property be foreclosed upon, that the property be sold according to law, free and clear of the claims of the parties in this complaint, and that the proceeds of sale be distributed in accordance with the determination of this Court with respect to the priorities of the claims of the parties in this complaint;

    C.    That the proceeds of the sale of the Subject Property payable to the United States be applied in satisfaction of the Defendant's unpaid federal tax liability, as set forth in this Complaint; and

    D.    That this Court grant the United States such other relief, including costs, as is just and equitable.

Dated: July 5, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By: /s/ John P. Nasta

JOHN P. NASTA
Florida Bar #1004432
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Facsimile: (202) 514-9868
john.nasta@usdoj.gov

*Of Counsel*

MARIA CHAPA LOPEZ
United States Attorney
Middle District of Florida

Attorneys for the Plaintiff

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Ralph C. Bowman; Regions Bank; Chase Manhattan Mortgage Co. LLC; and Capital One Bank

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Pinellas**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
John P. Nasta, US Dept. of Justice, Tax Division
Ben Franklin Station, P.O. Box 14198, Washington, DC 20044
(202) 307-6560

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. § 7401; 26 U.S.C. § 7403

Brief description of cause:
Reduce 2001 federal income tax liabilities to judgment and foreclose federal tax liens

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE 07/05/2018    SIGNATURE OF ATTORNEY OF RECORD /s/ John Nasta

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.